AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

JANE DOE, individually and on behalf of all others similarly
situated,

Plaintiff,

v.

AYLO HOLDINGS USA CORP., AYLO USA, INC., and
AYLO BILLING LIMITED, collectively, d/b/a PornHub,
Defendants.

Case No.   1:25-CV-02069

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jane Doe                                                                                                    .

Date:      12/18/2025

/s/ Gary M. Klinger
*Attorney's signature*

Gary M. Klinger (IL Bar No. 6303726)
*Printed name and bar number*

MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

*Address*

gklinger@milberg.com
*E-mail address*

(866) 252-0878
*Telephone number*

*FAX number*