IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE AYLO DATA BREACH
LITIGATION

§
§
§
§
§
§
§
§

1:25-CV-2069-RP

## ORDER

On June 5, 2026, Plaintiffs dismissed all claims in this case without prejudice. (Dkt. 31). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served answers or motions for summary judgment. Plaintiffs' notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 8, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE